B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Southern District of Texas** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Landmark Valley Homes, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**47-0929812** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**100 Savannah, Suite 540**<br>**McAllen, TX**                            ZIP Code **78503** | Street Address of Joint Debtor (No. and Street, City, and State):                            ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Hidalgo** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                            ZIP Code | Mailing Address of Joint Debtor (if different from street address):                            ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):     **Various Locations** | |

---

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities,
check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined
in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization
under Title 26 of the United States
Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition
of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition
of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts,
defined in 11 U.S.C. § 101(8) as
"incurred by an individual primarily for
a personal, family, or household purpose."

■ Debts are primarily
business debts.

---

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must
attach signed application for the court's consideration certifying that the debtor
is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed
to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more
classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(1/08)                                                                                                    **Page 2**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Landmark Valley Homes, Inc.** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br>     Signature of Attorney for Debtor(s)               (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                    Page 3

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Landmark Valley Homes, Inc.** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
 Signature of Debtor

X _____
 Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney\***

X **/s/ Kurt Stephen**
 Signature of Attorney for Debtor(s)

 **Kurt Stephen**
Printed Name of Attorney for Debtor(s)

 **Cardenas Whitis & Stephen, LLP**
Firm Name

 **100 S. Bicentennial**
 **McAllen, TX 78501-7050**

_____
Address

 **956-631-3381**
Telephone Number

 **January  4, 2010**
Date

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ James W. Bennett**
 Signature of Authorized Individual

 **James W. Bennett**
Printed Name of Authorized Individual

 **President**
Title of Authorized Individual

 **January  4, 2010**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
 Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Texas

In re   **Landmark Valley Homes, Inc.**                                   Case No. _____

_____ Chapter   **11**
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Brenwood Park Village Community Ass 11000 Corporate Center Dr., Ste. 150 Houston, TX 77041** | **Brenwood Park Village Community Ass 11000 Corporate Center Dr., Ste. 150 Houston, TX 77041** | | | **25,530.72** |
| **Coastal Trailer Trash Acct 110 622 McBride Lane Corpus Christi, TX 78408** | **Coastal Trailer Trash Acct 110 622 McBride Lane Corpus Christi, TX 78408** | **Please see Exhibit "U".** | | **12,318.09** |
| **Cokinos Bosien & Young Four Houston Center 1221 Lamar St., 16th Floor Houston, TX 77010** | **Cokinos Bosien & Young Four Houston Center 1221 Lamar St., 16th Floor Houston, TX 77010** | **attorney services** | | **14,731.21** |
| **Core Business Solutions 1301 E. Jasmine McAllen, TX 78501** | **Core Business Solutions 1301 E. Jasmine McAllen, TX 78501** | | | **9,007.80** |
| **Creative Scapes Landscaping PO Box 6194 Katy, TX 77491** | **Creative Scapes Landscaping PO Box 6194 Katy, TX 77491** | | | **8,266.88** |
| **Dyer& Associates Law Firm 3700 North Tenth St., Suite 105 McAllen, TX 78501** | **Dyer& Associates Law Firm 3700 North Tenth St., Suite 105 McAllen, TX 78501** | **Attorney** | | **12,304.01** |
| **G&P Contractors, Inc. 1315 Rick Lane Buda, TX 78610-9561** | **G&P Contractors, Inc. 1315 Rick Lane Buda, TX 78610-9561** | **bricklayer subcontractor** | | **8,300.00** |
| **GMAC Automotive Financing PO Box 380901 Minneapolis, MN 55438** | **GMAC Automotive Financing PO Box 380901 Minneapolis, MN 55438** | **2008 chevrolet Silverado VIN#1537 In McAllen** | | **26,630.84**<br><br>**(18,025.00 secured)** |
| **GMAC Automotive Financing PO Box 380901 Minneapolis, MN 55438** | **GMAC Automotive Financing PO Box 380901 Minneapolis, MN 55438** | **2009 Chevrolet K2500 VIN#0482 In McAllen** | | **40,444.49**<br><br>**(31,000.00 secured)** |
| **Houston Post-Tension, Inc. 7015 San Antonio Rd. Houston, TX 77040** | **Houston Post-Tension, Inc. 7015 San Antonio Rd. Houston, TX 77040** | **steel supplier** | | **15,484.05** |

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re    **Landmark Valley Homes, Inc.**                                          Case No. _____
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| INB Properties, Inc.<br>1801 S. 2nd St.<br>McAllen, TX 78503 | INB Properties, Inc.<br>1801 S. 2nd St.<br>McAllen, TX 78503 | building space lease | Disputed | 45,815.68 |
| McCoy's Building Supply<br>1200 I.H. 35 North<br>PO Box 1362<br>San Marcos, TX 78667 | McCoy's Building Supply<br>1200 I.H. 35 North<br>PO Box 1362<br>San Marcos, TX 78667 | | | 31,527.85 |
| MG Building Materials, LT<br>2651 S.W. Military Dr.<br>San Antonio, TX 78224 | MG Building Materials, LT<br>2651 S.W. Military Dr.<br>San Antonio, TX 78224 | lumber supplier | | 23,666.85 |
| Please see Exhibit "V" | Please see Exhibit "V" | | | 81,496.79 |
| Reliant Energy<br>PO Box 650475<br>Dallas, TX 75265-0475 | Reliant Energy<br>PO Box 650475<br>Dallas, TX 75265-0475 | Please see Exhibit "U". | | 16,192.43 |
| Roel Concrete, LLC<br>501 S. Port<br>Corpus Christi, TX 78405 | Roel Concrete, LLC<br>501 S. Port<br>Corpus Christi, TX 78405 | foundation subcontractor | | 7,430.40 |
| Sam's Club Discover<br>PO Box 960016<br>Orlando, FL 32896 | Sam's Club Discover<br>PO Box 960016<br>Orlando, FL 32896 | | | 7,456.07 |
| Sears Commercial One<br>4740 121st St.<br>Urbandale, IA 50323 | Sears Commercial One<br>4740 121st St.<br>Urbandale, IA 50323 | | | 14,274.03 |
| Villarreal Plumbing-CC<br>PO Box 2964<br>Mission, TX 78573 | Villarreal Plumbing-CC<br>PO Box 2964<br>Mission, TX 78573 | | | 12,153.45 |
| Zarsky Lumber Co., Inc.<br>700 S. Bicentennial Blvd.<br>McAllen, TX 78505-0248 | Zarsky Lumber Co., Inc.<br>700 S. Bicentennial Blvd.<br>McAllen, TX 78505-0248 | | | 24,670.73 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date   **January 4, 2010**                          Signature    **/s/ James W. Bennett**
                                                                  **James W. Bennett**
                                                                  **President**


*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

## Southern District of Texas

In re    **Landmark Valley Homes, Inc.**                                          ,        Case No. _____

                                                                      Debtor

                                                                                 Chapter_____ **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 30,890,815.00 | | |
| B - Personal Property | Yes | 5 | 3,228,975.09 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 6 | | 17,959,265.92 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 85,041.21 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 39 | | 1,440,168.85 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 56 | | | |
| Total Assets | | | 34,119,790.09 | | |
| Total Liabilities | | | | 19,484,475.98 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Southern District of Texas

In re   **Landmark Valley Homes, Inc.**

Case No. _____

_____,

Debtor

Chapter_____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

.

In re    **Landmark Valley Homes, Inc.** _____,     Case No. _____

                   Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Inter National Bank ("INB")- Please see Exhibit "A" real property collateral** | **owner fee** | - | **20,786,378.00** | **11,853,182.00** |
| **Wachovia- Please see Exhibit "B" real property collateral** | **owner fee** | - | **10,104,437.00** | **5,291,134.00** |

|  |  |
|---|---|
| Sub-Total > | **30,890,815.00**     (Total of this page) |
| Total > | **30,890,815.00** |

   **0**    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Landmark Valley Homes, Inc.**                                                    ,     Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **INB Accounts Payable Cash Acct. Acct.#1308**<br><br>Value as of 12/21/2009 | - | 7,617.08 |
| | | **INB Payroll Cash Acct. Acct.#1316**<br><br>Value as of 12/21/2009: 10,596.08 | - | 10,596.08 |
| | | **Wachovia Bank Acct.#2465**<br><br>Value as of 12/21/2009; 79.22 | - | 79.22 |
| | | **Lone Star National Bank Acct. #9923**<br><br>Value as of 12/21/09-717.92 | - | 717.92 |
| | | **Frost Bank Acct. #0395**<br><br>Value as of 12/21/09-572.90 | - | 572.90 |
| | | **Money Market at Frost Bank Acct.#3013**<br><br>Value as of 12/21/2009-$9.28 | - | 9.28 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **TX Energy-$100**<br>**Builder Deposit-Houston Office $750**<br>**Water meter deposit-Houston Office $75**<br>**INB Bank Deposit on Building-$6,980**<br>**Harris County MUD Blackstone Setup-$2,000**<br>**Total Deposits: $9,905** | - | 9,905.00 |

Sub-Total >           **29,497.48**
(Total of this page)

  __4__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Landmark Valley Homes, Inc.**                                    ,     Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Landmark Valley Homes, Inc. 401K Plan** | - | 0.00 |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16.  Accounts receivable. | | **Please see Exhibit "C".** | - | 1,210,400.58 |

Sub-Total >        **1,210,400.58**
(Total of this page)

Sheet  __1__  of  __4__  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **Landmark Valley Homes, Inc.** _____,  Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Ford Ranger ID#8190 In Corpus Christi** | - | **4,250.00** |
| | | **2007 Cadillac EXT Esc. VIN#9419 In McAllen** | - | **22,600.00** |

Sub-Total >   **26,850.00**
(Total of this page)

Sheet __**2**__ of __**4**__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Landmark Valley Homes, Inc.**                                      ,          Case No. _____
                                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **2005 Tacoma-BEING SOLD** **VIN#9898** | - | 7,125.00 |
| | | **2006 Cadillac TR Escalade** **VIN#1055** **In McAllen** | - | 10,425.00 |
| | | **2006 Tundra** **VIN#8525** **In Harlingen** | - | 9,850.00 |
| | | **2007 Mercedes-Benz S550V** **VIN#9788** **In McAllen** | - | 47,650.00 |
| | | **2007 Lincoln MKZ** **VIN#4322** **In McAllen** | - | 15,650.00 |
| | | **2008 Toyota Camry** **VIN# 5194** **In McAllen** | - | 11,600.00 |
| | | **2008 chevrolet Silverado** **VIN#1537** **In McAllen** | - | 18,025.00 |
| | | **2009 Chevrolet K2500** **VIN#0482** **In McAllen** | - | 31,000.00 |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | X | | | |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | | **Please see Exhibit "D".** | - | 407,068.74 |
| | | **8 Copiers/1 Printer** | - | 4,500.00 |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |

Sub-Total >                     562,893.74
(Total of this page)

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Landmark Valley Homes, Inc.**
_____ ,  Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **MUD Districts Reimbursables** | - | **1,399,333.29** |
| | | **Completed Lots:** **Blackstone, Humble, Texas-$1,118,428.41** **Brenwood, Katy, Texas-$280,904.88** | | |
| | | **Land for Development:** **Blackstone 32 acres, Humble, Texas-$1.095,972** | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | **1,399,333.29** |
| Total > | **3,228,975.09** |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Landmark Valley Homes, Inc.**                                ,      Case No. _____

                                         Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

     State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

     List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

     If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

     Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | Please see Exhibit "E". | | | | | |
| **Anita Henry, RTA** **Cypress-Fairbanks ISD Tax** **Assessor-Colle** **PO Box 203908** **Houston, TX 77216-3908** | - | | | | | | | | | |
| | | | | | Value $ 25,213.73 | | | | 25,213.73 | 0.00 |
| Account No. | | | | | Please see Exhibit "F". | | | | | |
| **Armando Barrera** **Hidalgo Co. Tax Assessor & Collector** **PO Box 178** **Edinburg, TX 78540-0178** | - | | | | | | | | | |
| | | | | | Value $ 192,854.05 | | | | 192,854.05 | 0.00 |
| Account No. xxxxx-xx-xxx-xx02-71 | | | | | Main Office-Furniture & Fixtures Please see Exhibit "G". | | | | | |
| **Armando Barrera** **Hidalgo Co. Tax Assessor & Collector** **PO Box 178** **Edinburg, TX 78540-0178** | - | | | | | | | | | |
| | | | | | Value $ 14,367.93 | | | | 14,367.93 | 0.00 |
| Account No. | | | | | Please see Exhibit "H". | | | | | |
| **Cameron County** **Tony Yzaguirre Tax Assessor** **Collector** **PO Box 952** **Brownsville, TX 78522-0952** | - | | | | | | | | | |
| | | | | | Value $ 61,396.53 | | | | 61,396.53 | 0.00 |
| **5** continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 293,832.24 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                 Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Landmark Valley Homes, Inc.** _____ ,  Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx5806** | | | 2007 Cadillac EXT Esc. VIN#9419 In McAllen | | | | | |
| **Chase Auto Finance** PO Box 901065 Fort Worth, TX 76101-2065 | | - | | | | | | |
| | | | Value $            **22,600.00** | | | | **28,694.01** | **6,094.01** |
| Account No. | | | Please see Exhibit "I". | | | | | |
| **City of Edinburg Tax Office** PO Box 1169 Edinburg, TX 78540 | | - | | | | | | |
| | | | Value $            **9,258.99** | | | | **9,258.99** | **0.00** |
| Account No. | | | Please see Exhibit "J". | | | | | |
| **City of McAllen Tax Office** PO Box 220 311 N 15th Street Mcallen, TX 78505-0220 | | - | | | | | | |
| | | | Value $            **3,870.83** | | | | **3,870.83** | **0.00** |
| Account No. **xxxxx-xx-xxx-xx02-71** | | | Main Office-Furniture & Fixtures Please see Exhibit "G". | | | | | |
| **City of McAllen Tax Office** Martha Guel, CTA PO Box 220-311 North 15th Mcallen, TX 78505-0220 | | - | | | | | | |
| | | | Value $            **2,988.06** | | | | **2,988.06** | **0.00** |
| Account No. **Various** | | | Please see Exhibit "T" & Exhibit "S" | | | | | |
| **De Lage Landen Financial** 1111 Old Eagle School Rd. Wayne, PA 19087 | | - | | | | | | |
| | | | Value $            **18,463.54** | | | | **18,463.54** | **0.00** |

Sheet __**1**__ of __**5**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

**63,275.43**     **6,094.01**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Landmark Valley Homes, Inc.** _____,   Case No. _____

_____
Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community — H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx5357**<br><br>**Ford Motor Credit**<br>**PO Box 790119**<br>**Saint Louis, MO 63179-0119** | | - | Leased<br><br>**2007 Lincoln MKZ**<br>**VIN#4322**<br>**In McAllen**<br><br>Value $               **15,650.00** | | | | 926.26 | 0.00 |
| Account No. **xxxxxxx9385**<br><br>**GMAC Automotive Financing**<br>**PO Box 380901**<br>**Minneapolis, MN 55438** | | - | **2006 Cadillac TR Escalade**<br>**VIN#1055**<br>**In McAllen**<br><br>Value $               **10,425.00** | | | | 10,177.73 | 0.00 |
| Account No. **xxxxxxxx2253**<br><br>**GMAC Automotive Financing**<br>**PO Box 380901**<br>**Minneapolis, MN 55438** | | - | **2008 chevrolet Silverado**<br>**VIN#1537**<br>**In McAllen**<br><br>Value $               **18,025.00** | | | | 26,630.84 | 8,605.84 |
| Account No. **xxxxxxx5764**<br><br>**GMAC Automotive Financing**<br>**PO Box 380901**<br>**Minneapolis, MN 55438** | | - | **2009 Chevrolet K2500**<br>**VIN#0482**<br>**In McAllen**<br><br>Value $               **31,000.00** | | | | 40,444.49 | 9,444.49 |
| Account No.<br><br>**Harlingen Tax Office**<br>**PO Box 2643**<br>**Harlingen, TX 78551-2643** | | - | **Please see Exhibit "K"**<br><br>Value $               **39,949.78** | | | | 39,949.78 | 0.00 |

Sheet ___**2**___ of ___**5**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)  | 118,129.10 | 18,050.33

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Landmark Valley Homes, Inc.**                                          ,      Case No. _____
                                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Please see Exhibit "L". | | | | | |
| Harris County MUD No. 127 Kenneth R. Byrd-Tax Assessor-Collector PO Box 73109 Houston, TX 77273-3109 | | - | | | | | | |
| | | | Value $ 16,164.50 | | | | 16,164.50 | 0.00 |
| Account No. | | | Please see Exhibit "M". | | | | | |
| Harris County MUD No. 278 PO Box 1368 Friendswood, TX 77549-1368 | | - | | | | | | |
| | | | Value $ 63,228.16 | | | | 63,228.16 | 0.00 |
| Account No. | | | Please see Exhibit "N". | | | | | |
| Humble ISD Janice P. Himpele PO Box 4020 Houston, TX 77210 | | - | | | | | | |
| | | | Value $ 84,900.17 | | | | 84,900.17 | 0.00 |
| Account No. **Various** | | | Inter National Bank ("INB")- Please see Exhibit "A" real property collateral | | | | | |
| Inter National Bank 1801 South 2nd Street Mcallen, TX 78505 | X | - | | | | | | |
| | | | Value $ 20,786,378.00 | | | | 11,853,182.00 | 0.00 |
| Account No. | | | Please see Exhibit "O". | | | | | |
| Leo Vasquez- Tax Assessor-Collector PO Box 4622 Houston, TX 77210-4622 | | - | | | | | | |
| | | | Value $ 60,547.62 | | | | 60,547.62 | 0.00 |

Sheet __3__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)     12,078,022.45     0.00

B6D (Official Form 6D) (12/07) - Cont.

In re   **Landmark Valley Homes, Inc.** _____ ,    Case No. _____

Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Melissa T De La Garza, RTA** <br> **PO Box 1457** <br> **Kingsville, TX 78364-1457** | | - | Please see Exhibit "P". <br><br><br> Value $           **10,601.89** | | | | 10,601.89 | 0.00 |
| Account No. xxxxxx4071 <br><br> **Mercedes Benz** <br> **PO Box 9001680** <br> **Louisville, KY 40290-1680** | | - | leased <br><br> **2007 Mercedes-Benz S550V** <br> **VIN#9788** <br> **Please see Exhibit "S"** <br> **In McAllen** <br> Value $           **47,650.00** | | | | 4,726.40 | 0.00 |
| Account No. <br><br> **Ramiro R. Canales, CTA** <br> **Assessor-Collector of Taxes** <br> **PO Box 2810** <br> **Corpus Christi, TX 78403-2810** | | - | Please see Exhibit "Q". <br><br><br> Value $           **16,841.26** | | | | 16,841.26 | 0.00 |
| Account No. <br><br> **San Benito CISD** <br> **152 E. Rowson St.** <br> **San Benito, TX 78586** | | - | Please see Exhibit "R". <br><br><br> Value $                **0.00** | | | | 6,748.81 | 0.00 |
| Account No. xxxxxx6909 <br><br> **Toyota Financial Services** <br> **PO Box 5855** <br> **Carol Stream, IL 60197-5855** | | - | 2005 Tacoma-BEING SOLD <br> VIN#9898 <br><br><br> Value $            **7,125.00** | | | | 7,676.49 | 551.49 |
| Sheet  __4__  of  __5__  continuation sheets attached to <br> Schedule of Creditors Holding Secured Claims | | | Subtotal <br> (Total of this page) | | | | 46,594.85 | 551.49 |

B6D (Official Form 6D) (12/07) - Cont.

In re   **Landmark Valley Homes, Inc.** _____ ,    Case No. _____

_____
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx0316** <br><br> **Toyota Financial Services** <br> **PO Box 5855** <br> **Carol Stream, IL 60197-5855** | | - | **2006 Tundra** <br> **VIN#8525** <br> **In Harlingen** <br><br> Value $        **9,850.00** | | | | **13,162.42** | **3,312.42** |
| Account No. **xxxxxx9526** <br><br> **Toyota Financial Services** <br> **PO Box 5855** <br> **Carol Stream, IL 60197-5855** | | - | **2008 Toyota Camry** <br> **VIN# 5194** <br> **In McAllen** <br><br> Value $        **11,600.00** | | | | **15,597.89** | **3,997.89** |
| Account No. **Various** <br><br> **Tygris Vendor Finance, Inc.** <br> **Dept. 1608** <br> **Denver, CO 80291-1608** | | - | **Please see Exhibit "T" for more info.** <br><br> Value $        **17,419.82** | | | | **17,419.82** | **0.00** |
| Account No. **Various** <br><br> **Wachovia** <br> **Commercial Loan Services** <br> **PO Box 740502** <br> **Atlanta, GA 30374-0502** | X | - | **Wachovia- Please see Exhibit "B"** <br> **real property collateral** <br><br> Value $     **10,104,437.00** | | | | **5,291,134.00** | **0.00** |
| Account No. **Various** <br><br> **Wells Fargo Financial Leasing** <br> **PO Box 6434** <br> **Carol Stream, IL 60197-6434** | X | - | **Copiers** <br> **Please see Exhibit "T" for more info.** <br><br> Value $        **22,097.72** | | | X | **22,097.72** | **0.00** |

Sheet _**5**_ of _**5**_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal <br> (Total of this page) | **5,359,411.85** | **7,310.31** |
|---|---|---|---|
| | Total <br> (Report on Summary of Schedules) | **17,959,265.92** | **32,006.14** |

B6E (Official Form 6E) (12/07)

.

In re    **Landmark Valley Homes, Inc.**                                          Case No. _____
                                                                    ,
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

■ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**2**    continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re    **Landmark Valley Homes, Inc.**                                          Case No. _____
                                                     ,
                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | | |
| Account No. **Please see Exhibit "V"** | - | | | | | | | 81,496.79 | 0.00 | 81,496.79 |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |

Sheet  __1__  of  __2__   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | 0.00 | |
|---|---|---|
| 81,496.79 | | 81,496.79 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Landmark Valley Homes, Inc.**                                      ,     Case No. _____

                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Please see Exhibit "V"** | | | | | | |
| **Landmark Valley Homes, Inc. 401 K** **100 Savannah, Suite 540** **McAllen, TX 78503** | - | | | | | | | 0.00 | |
| | | | | | | | 3,544.42 | | 3,544.42 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | |
|---|---|---|---|
| | | 3,544.42 | 3,544.42 |
| | Total (Report on Summary of Schedules) | 0.00 | |
| | | 85,041.21 | 85,041.21 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07)

In re __**Landmark Valley Homes, Inc.**_____,   Case No. _____

　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | - | | | | | | |
| **A Clean Portoco** **PO Box 531607** **Harlingen, TX 78553** | | | | | | | | | **204.60** |
| Account No. | | | - | | Air Conditioning Subcontractor | | | | |
| **Abe-A/C & Refrigeration, LLC** **5820 N. Cage Ste. 22** **Pharr, TX 78577** | | | | | | | | | **4,372.40** |
| Account No. | | | - | | PO 6277 | | | | |
| **AC Distr. DBA Advantage Air Con** **PO Box 7009** **Corpus Christi, TX 78467** | | | | | | | | | **225.23** |
| Account No. | | | - | | | | | | |
| **Acme Brick Company** **5020 Acorn** **Houston, TX 77092** | | | | | | | | | **6,797.90** |
| __38__  continuation sheets attached | | | | | Subtotal (Total of this page) | | | | **11,600.13** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Landmark Valley Homes, Inc.**                                          ,     Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | | |
| Account No. | | | | | money loaned to Debtor | | | | |
| Adriana Petrides 7801 N. 5th Street McAllen, TX 78504 | - | | | | | | | | 75,692.71 |
| Account No. | | | | | | | | | |
| Adriana Rodriguez 2802 Melanie Dr. Pharr, TX 78577 | - | | | | | | | | 412.55 |
| Account No. | | | | | Insurance services | | | | |
| AICCO, Inc. 45 East River Park Place, West, Ste. 208 Fresno, CA 93720 | - | | | | | | | | 695.38 |
| Account No. | | | | | Automobile Repairs/Mtnc. | | | | |
| All Tune & Lube 617 N. McColl McAllen, TX 78501 | - | | | | | | | | 35.46 |
| Account No. | | | | | | | | | |
| Allied Waste Services#863 9402 W. Expressway 83 Harlingen, TX 78552 | - | | | | | | | | 1,545.40 |

Sheet no. __1__ of __38__ sheets attached to Schedule of                      Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)         **78,381.50**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Landmark Valley Homes, Inc.** _____ ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| Account No. **Various** <br><br> AllStar Office Solutions, LLC <br> PO Box 129 <br> Santa Rosa, TX 78593 | | - | | | | | | 2,029.74 |
| Account No. <br><br> Amer Sign <br> 3416 Paula Ave. <br> McAllen, TX 78503 | | - | | Advertising Service | | | | 974.25 |
| Account No. <br><br> American eBuilder <br> 119 Aster Dr. Ste. 105 <br> Harrisburg, PA 17112 | | - | | Warranty Services | | | | 333.70 |
| Account No. <br><br> Aran & Mary Escamilla <br> 2119 S. 61st Ct. <br> Cicero, IL 60804 | | - | | Cancellation <br> 9/8/09 | X | | X | 500.00 |
| Account No. **employee** <br><br> Armando Nava <br> 3608 La Vista Ave. <br> McAllen, TX 78501 | | - | | | | | | 919.14 |

Sheet no. __**2**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         **4,756.83**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Landmark Valley Homes, Inc.**                                    ,          Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Ascensus PO Box 36472 Newark, NJ 07188-6472 | | - | | | | | | 904.17 |
| Account No. | | | | Homeowners Association | | | | |
| Asencio Rodriguez Martinezio 3202 Trinity Joe Lane Humble, TX 77396 | | - | | | | | | 142.04 |
| Account No. | | | | Notice only | | | | |
| Assistant US Trustee Wilson Plaza North 606 Carancahua Street Corpus Christi, TX 78475 | | - | | | | | | 0.00 |
| Account No. **Various** | | | | Please see Exhibit "U" | | | | |
| AT&T PO Box 650661 Dallas, TX 75265-0661 | | - | | | | | | 3,843.18 |
| Account No. **xxxxxx0041** | | | | Referral Fee/customer rebates | | | | |
| Bernardino Cavazos 4246 Archdale Corpus Christi, TX 78416 | | - | | | | | | 2,500.00 |

Sheet no. __3__ of __38__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                     **7,389.39**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Landmark Valley Homes, Inc.**                                              ,   Case No. _____
                                             Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Various** <br><br> **Best Bandit Signs** <br> **16311 Hexham Drive** <br> **Spring, TX 77379** | | - | | | Advertising | | | | 1,000.00 |
| Account No. <br><br> **Bolt Security Company** <br> **107 N. 10th Ave.** <br> **Edinburg, TX 78541** | | - | | | | | | | 636.51 |
| Account No. <br><br> **Brenwood Park Village Community Ass** <br> **11000 Corporate Center Dr., Ste. 150** <br> **Houston, TX 77041** | | - | | | | | | | 25,530.72 |
| Account No. **Various** <br><br> **Brownsville Public Utilities Board** <br> **PO Box 3270** <br> **Brownsville, TX 78523-3270** | | - | | | Please see Exhibit "U" | | | | 600.70 |
| Account No. **Various** <br><br> **Bryant & Stingley, Inc.** <br> **PO Box 3420** <br> **Harlingen, TX 78551-3420** | | - | | | | | | | 1,177.45 |

Sheet no. __4__ of __38__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **28,945.38**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Landmark Valley Homes, Inc.**                                  ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | a/c subcontractor | | | | |
| **Builders Mechanical, Inc.** **11143 Spring Cypress Rd.** **Tomball, TX 77375** | - | | | | | | | 3,819.33 |
| Account No. | | | | | | | | |
| **C & C Plumbing** **3710 South Shore Dr.** **Rosharon, TX 77583** | - | | | | | | | 2,700.00 |
| Account No. **Various** | | | | survey engineer | | | | |
| **Cable Designs, Inc.** **7017 Glasgow** **Corpus Christi, TX 78413** | - | | | | | | | 2,375.00 |
| Account No. | | | | Homeowners Association | | | | |
| **Callie Michelle Brown** **3142 Gianna Springs Court** **Humble, TX 77396** | - | | | | | | | 287.88 |
| Account No. | | | | Homeowners Association | | | | |
| **Camille H. Wojtowicz** **3103 Trinity Joe Lane** **Humble, TX 77396** | - | | | | | | | 166.82 |

Sheet no. __5__ of __38__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                         9,349.03

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Landmark Valley Homes, Inc.**                                              ,          Case No. _____
                                              **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Homeowners Association | | | | |
| Cecil Anthony Wiltshire 3114 Trinity Joe Lane Humble, TX 77396 | - | | | | | | | 84.34 |
| Account No. | | | | development contractor | | | | |
| CenterPoint Energy PO Box 4981 Houston, TX 77210-4981 | - | | | | | | | 212.99 |
| Account No. | | | | Website | | | | |
| Century Marketing, Inc. 5001 College Blvd., Suite 108 Leawood, KS 66211 | - | | | | | | | 249.75 |
| Account No. | | | | electrical subcontractor | | | | |
| Cervantes Electric 5521 Crestwick Dr. Corpus Christi, TX 78413 | - | | | | | | | 2,100.00 |
| Account No. | | | | | | | | |
| Chakery Design, LLC PO Box 542341 Grand Prairie, TX 75054-2341 | - | | | | | | | 1,688.72 |

Sheet no. __6___ of __38___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **4,335.80**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Landmark Valley Homes, Inc.** _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Various** | | | | Please see Exhibit "U" | | | | |
| City of Corpus Christi PO Box 9097 Corpus Christi, TX 78469 | | - | | | | | | 948.26 |
| Account No. **Various** | | | | Please see Exhibit "U" | | | | |
| City of Edinburg PO Box 1169 Edinburg, TX 78540 | | - | | | | | | 439.57 |
| Account No. **Various** | | | | Please see Exhibit "U" | | | | |
| City of Mission 1201 E. 8th Street Mission, TX 78572 | | - | | | | | | 241.27 |
| Account No. **Various** | | | | Please see Exhibit "U" | | | | |
| City of San Benito 401 N. Sam Houston Blvd. San Benito, TX 78586 | | - | | | | | | 22.31 |
| Account No. **Various** | | | | Please see Exhibit "U" | | | | |
| City of Weslaco 255 S. Kansas Weslaco, TX 78596 | | - | | | | | | 299.21 |

Sheet no. __7__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,950.62

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Landmark Valley Homes, Inc.** , Case No. _____
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | steel supplier | | | | |
| CMC Steel Fabricators, Inc PO Box 532128 Harlingen, TX 78553 | | - | | | | | | 3,459.84 |
| Account No. **Various** | | | | Please see Exhibit "U". | | | | |
| Coastal Trailer Trash Acct 110 622 McBride Lane Corpus Christi, TX 78408 | | - | | | | | | 12,318.09 |
| Account No. **Various** | | | | attorney services | | | | |
| Cokinos Bosien & Young Four Houston Center 1221 Lamar St., 16th Floor Houston, TX 77010 | | - | | | | | | 14,731.21 |
| Account No. **xxx-xxx-8800** | | | | Internet for Models | | | | |
| Comcast PO Box 660618 Dallas, TX 75266 | | - | | | | | | 106.66 |
| Account No. | | | | garage door supplier | | | | |
| Construction Specialties 1952 S. Price Rd. Brownsville, TX 78521 | | - | | | | | | 350.00 |

Sheet no. __8___ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **30,965.80**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Landmark Valley Homes, Inc.**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | advertising service | | | | |
| Copy Plus, Inc. 4500 N. 10th St., Ste. 240 McAllen, TX 78504 | - | | | | | | | 29.64 |
| Account No. | | | | | | | | |
| Core Business Solutions 1301 E. Jasmine McAllen, TX 78501 | - | | | | | | | 9,007.80 |
| Account No. | | | | Homeowners Association | | | | |
| Cornelio Armando Amparan Pena 3102 Trinity Joe Lane Humble, TX 77396 | - | | | | | | | 142.04 |
| Account No. **Various** | | | | | | | | |
| CPL Retail Energy PO Box 22136 Tulsa, OK 74121-2136 | - | | | | | | | 4,732.43 |
| Account No. | | | | | | | | |
| Creative Scapes Landscaping PO Box 6194 Katy, TX 77491 | - | | | | | | | 8,266.88 |

Sheet no. __9___ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           22,178.79

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**Landmark Valley Homes, Inc.**_____,     Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx-xxxx223-6** | | | | phone service | | | | |
| **Cricket** **PO Box 660021** **Dallas, TX 75266-0021** | - | | | | | | | 185.80 |
| Account No. | | | | sheetrock subcontractor | | | | |
| **CS Drywall Construction** **2082 FM 665** **Corpus Christi, TX 78415** | - | | | | | | | 5,586.56 |
| Account No. | | | | cancellation | | | | |
| **David Roberto Garza** **632 Ricardo Ave** **Mission, TX 78572** | - | | | | X | | X | 500.00 |
| Account No. | | | | | | | | |
| **Del Valle Trucking** **1611 Houston St.** **Donna, TX 78537** | - | | | | | | | 160.00 |
| Account No. | | | | Homeowners Association | | | | |
| **Diania Lynn Houston** **3115 Trinity Joe Lane** **Humble, TX 77396** | - | | | | | | | 289.08 |

Sheet no. __**10**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,721.44

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Landmark Valley Homes, Inc.** _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Various**<br><br>**Dr. Cool Aid, Inc.**<br>**5240 Larcade Dr.**<br>**Corpus Christi, TX 78415** | | - | air condt. subcontractor | | | | 6,332.00 |
| Account No.<br><br>**Dyer& Associates Law Firm**<br>**3700 North Tenth St., Suite 105**<br>**McAllen, TX 78501** | | - | Attorney | | | | 12,304.01 |
| Account No.<br><br>**Eagle Ready Mix Concrete**<br>**3600 N Chemical Rd.**<br>**Brownsville, TX 78521** | | - | concrete supplier | | | | 1,330.00 |
| Account No.<br><br>**El Alamo Concrete**<br>**7205 N La Homa Rd.**<br>**Mission, TX 78574** | | - | concrete supplier | | | | 4,450.81 |
| Account No.<br><br>**Elda R. Ramos**<br>**17314 Blackstone Trails Dr.**<br>**Humble, TX 77396** | | - | Not enough for payment | | | | 246.90 |

Sheet no. __**11**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**24,663.72**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Landmark Valley Homes, Inc.** _____ ,   Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Cancellation 10/26/2009 | | | | |
| Elijah Sanchez 4438 Sunlight Corpus Christi, TX 78413 | | - | | | X | | X | 500.00 |
| Account No. | | | | fence subcontractor | | | | |
| Enoe Ortiz 9595 Sutter Park Lane Houston, TX 77086 | | - | | | | | | 2,135.00 |
| Account No. | | | | Cancellation-11/2/09 | | | | |
| Enrique Ruiz 6809 Caroline Road Corpus Christi, TX 78409 | | - | | | X | | X | 500.00 |
| Account No. **Various** | | | | foundation subcontractor | | | | |
| Eric L. Davis Engineering 425 Pinson Road Suite G Forney, TX 75126 | | - | | | | | | 300.00 |
| Account No. | | | | | | | | |
| Esdras N. Osorio 110 Saddlecreek Farms Drive Crosby, TX 77532 | | - | | | | | | 100.00 |

Sheet no. __12__ of __38__ sheets attached to Schedule of        Subtotal
Creditors Holding Unsecured Nonpriority Claims           (Total of this page)          3,535.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Landmark Valley Homes, Inc.** _____ ,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | Attorney | | | | | | |
| Esquire-Cokinos Bosien Young PO Box 934157 Atlanta, GA 31193-4157 | - | | | | | | | 315.86 |
| Account No. | | Homeowners Association | | | | | | |
| Eulogio Gutierrez Merino 17634 Kayla Springs Lane Humble, TX 77396 | - | | | | | | | 275.82 |
| Account No. | | | | | | | | |
| Evans & Chastain, LLP 10700 Richmond Ave., Ste. 101 Houston, TX 77042-4950 | - | | | | | | | 1,545.00 |
| Account No. | | | | | | | | |
| Felipe Banuelos PO Box 1359 Mission, TX 78574 | - | | | | | | | 2,585.59 |
| Account No. | | Homeowners Association | | | | | | |
| Felipe de Jesus Almanza Solorz 3111 Trinity Joe Lane Humble, TX 77396 | - | | | | | | | 224.62 |

Sheet no. __**13**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,946.89

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Landmark Valley Homes, Inc.**                                              ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Homeowners Association | | | | |
| Fernand Espindo 3206 Trinity Joe Lane Humble, TX 77396 | - | | | | | | 280.04 |
| Account No. | | | | | | | |
| Fernando Rivera 3105 Santa Ana Street Corpus Christi, TX 78415 | - | | | | | | 2,500.00 |
| Account No. **xx2772** | | | Gen. Liability | | | | |
| First Insurance Funding Corp. 8075 Innovation Way Chicago, IL 60682 | - | | | | | | 2,090.09 |
| Account No. | | | flooring supplier | | | | |
| Flooring Systems, Inc. 15625 Vickery Dr., Ste. 100 Houston, TX 77032 | - | | | | | | 833.91 |
| Account No. **xxx5476** | | | Insurance | | | | |
| Fort Dearborn Life Insurance Company 36788 Eagle Way Chicago, IL 60678-1367 | - | | | | | | 145.82 |

Sheet no. __**14**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,849.86

B6F (Official Form 6F) (12/07) - Cont.

In re   **Landmark Valley Homes, Inc.**                                    ,       Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Frank Castaneda**<br>**2116 Grambling**<br>**McAllen, TX 78504** | | - | architectural services | | | | 4,472.41 |
| Account No. **Various**<br><br>**G&M Cleaning**<br>**2629 Quebec Dr.**<br>**Corpus Christi, TX 78414** | | - | interior clean subcontractor | | | | 1,150.00 |
| Account No.<br><br>**G&P Contractors, Inc.**<br>**1315 Rick Lane**<br>**Buda, TX 78610-9561** | | - | bricklayer subcontractor | | | | 8,300.00 |
| Account No.<br><br>**Galan Brothers Construction**<br>**25648 N. Kansas City Rd.**<br>**La Feria, TX 78559** | | - | | | | | 7,177.94 |
| Account No.<br><br>**Glendi Y. Flores**<br>**406 S. 29th St.**<br>**Hidalgo, TX 78557** | | - | painter | | | | 323.61 |

Sheet no. __15__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **21,423.96**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**Landmark Valley Homes, Inc.**_____ ,     Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Cancellation 11/10/09 | | | | |
| **Gloria Garza** **316 S. Monmack** **Edinburg, TX 78539** | - | | | | X | | X | 500.00 |
| Account No. | | | | Homeowners Association | | | | |
| **Gloria Jaimes Maldonado** **3190 Gianna Springs Court** **Humble, TX 77396** | - | | | | | | | 224.62 |
| Account No. | | | | Homeowners Association | | | | |
| **Graciela Corona Ochoa** **3110 Trinity Joe Lane** **Humble, TX 77396** | - | | | | | | | 103.58 |
| Account No. | | | | | | | | |
| **Guadalupe Ramirez** **3129 Sarita** **Corpus Christi, TX 78416** | - | | | | | | | 500.00 |
| Account No. **Various** | | | | Please see Exhibit "U". | | | | |
| **Harris County MUD No. 127** **PO Box 842115** **Houston, TX 77284** | - | | | | | | | 2,399.71 |

Sheet no. __**16**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     3,727.91

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Landmark Valley Homes, Inc.**                                          ,          Case No. _____
                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Various** <br><br> **Harris County MUD No. 278** <br> **PO Box 3033** <br> **Houston, TX 77253-3033** | - | | | | Please see Exhibit "U". | | | | 2,106.74 |
| Account No. <br><br> **Hector Meza** <br> **9425 Kentshire** <br> **Houston, TX 77078** | - | | | | painter | | | | 207.63 |
| Account No. **xxxxxx0131** <br><br> **Henry Crities** <br> **21509 Rusty Lane** <br> **Harlingen, TX 78552** | - | | | | Referral Fee | | | | 2,500.00 |
| Account No. <br><br> **High Tech Carpet of Texas** <br> **PO Box 73** <br> **San Juan, TX 78589** | - | | | | | | | | 3,238.23 |
| Account No. <br><br> **Hilb, Rogal & Hamilton Co** <br> **PO Drawer 3785** <br> **McAllen, TX 78502-3785** | - | | | | | | | | 4,505.00 |

Sheet no. __**17**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **12,557.60**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Landmark Valley Homes, Inc.**                                              ,   Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | attorney services | | | | |
| Hill & Romero 10225 N. 10th Street, Suite B McAllen, TX 78504 | - | | | | | | | 110.80 |
| Account No. | | | | electrical subcontractor | | | | |
| House of Power Electric 4260 Clark Rd. Houston, TX 77040 | - | | | | | | | 4,509.40 |
| Account No. | | | | steel supplier | | | | |
| Houston Post-Tension, Inc. 7015 San Antonio Rd. Houston, TX 77040 | - | | | | | | | 15,484.05 |
| Account No. xxxxe 540 | | | | building space lease | | | | |
| INB Properties, Inc. 1801 S. 2nd St. McAllen, TX 78503 | - | | | | | | X | 45,815.68 |
| Account No. | | | | Notice only | | | | |
| Internal Revenue Service P.O. Box 21126 Philadelphia, PA 19114 | - | | | | | | | 0.00 |

Sheet no. __18__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    65,919.93

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Landmark Valley Homes, Inc.**                                    ,   Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x7103**<br><br>**International Publicity**<br>**300 W. Dallas Ave.**<br>**McAllen, TX 78501** | - | | Advertising | | | | 2,268.00 |
| Account No.<br><br>**Ismael De Leon**<br>**14026 Stoneshire St.**<br>**Houston, TX 77060** | - | | grading subcontractors | | | | 500.00 |
| Account No.<br><br>**Jackie Clay Duvall**<br>**3127 Lauren Oaks Lane**<br>**Humble, TX 77396** | - | | Homeowners Association | | | | 264.98 |
| Account No.<br><br>**Jaime Ruiz Garcia**<br>**3207 Alan Thai Lane**<br>**Humble, TX 77396** | - | | Homeowners Association | | | | 169.74 |
| Account No.<br><br>**James W. Bennett**<br>**3324 Kent Lane**<br>**McAllen, TX 78503** | - | | money loaned to Debtor | | | | 863,765.00 |

Sheet no. **19** of **38** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                    866,967.72
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Landmark Valley Homes, Inc.**                                                    ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | - | | | trim carpentry subcontractor | | | | |
| Jesus J. Garcia 6904 Escondido Edinburg, TX 78541 | | | | | | | | | 150.00 |
| Account No. | | - | | | Grading subcontractors | | | | |
| JJJ Services PO Box 1051 Mission, TX 78574 | | | | | | | | | 4,250.00 |
| Account No. | | - | | | painter/interior paint | | | | |
| Jorge Garcia/Sherwin Williams 410 Goody St. San Benito, TX 78586 | | | | | | | | | 3,399.62 |
| Account No. **various** | | - | | | interior clean subcontractors | | | | |
| Jose Del Val 710 Monica Ave. Pharr, TX 78577 | | | | | | | | | 880.00 |
| Account No. | | - | | | Homeowners Association | | | | |
| Jose Manuel Perez Esparza 17414 Hayley Springs Court Humble, TX 77396 | | | | | | | | | 173.96 |

Sheet no. __**20**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                       **8,853.58**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Landmark Valley Homes, Inc.**                                        ,       Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | fiberglass repairs | | | | |
| Jose Rodriguez 13703 Reeveston Rd. Houston, TX 77039 | | - | | | | | | 256.00 |
| Account No. | | | | trim carpentry subcontractor | | | | |
| Juan C. Alvarez 2936 C.R. 14C Bishop, TX 78343 | | - | | | | | | 2,333.55 |
| Account No. | | | | | | | | |
| Just Energy PO Box 650518 Dallas, TX 75265-0518 | | - | | | | | | 69.86 |
| Account No. | | | | Homeowners Association | | | | |
| Karl Alan Smith 3214 Hayden Springs Court Humble, TX 77396 | | - | | | | | | 270.62 |
| Account No.  x5448 | | | | title services | | | | |
| Landtitle USA PO Drawer 839 Edinburg, TX 78540-0839 | | - | | | | | | 324.75 |

Sheet no. __21__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                3,254.78

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Landmark Valley Homes, Inc.**                                            ,  Case No. _____
                                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | Cancellation 12/2/09 | | | | |
| Laura Lee Ortiz 812 N. Cross Ln Apt.#3 Edinburg, TX 78541 | | | | X | | X | |
| | | | | | | | 500.00 |
| Account No. **x6252** | | - | Law-Foreclosure | | | | |
| Law Offices of David A. Ewers 323 Nolana McAllen, TX 78504 | | | | | | | |
| | | | | | | | 1,440.00 |
| Account No. **Various** | | - | Mowers | | | | |
| Lawns Unlimited PO Box 60494 Corpus Christi, TX 78466 | | | | | | | |
| | | | | | | | 265.00 |
| Account No. | | - | | | | | |
| LDCS Attn: Frank Garcia 4201 Santa Olivia Mission, TX 78572 | | | | | | | |
| | | | | | | | 20.00 |
| Account No. | | - | Homeowners Association | | | | |
| Leonel A. Villanueva 3106 Trinity Joe Lane Humble, TX 77396 | | | | | | | |
| | | | | | | | 142.58 |

Sheet no. __22__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,367.58

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Landmark Valley Homes, Inc.**_____,     Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Lighting & Hardware Speci**<br>**1515 Mesquite Bldg. D**<br>**Houston, TX 77093** | - | | | | | | | 1,661.89 |
| Account No.<br><br>**Lowe's**<br>**PO Box 530970**<br>**Atlanta, GA 30353-0970** | - | | | | | | | 2,453.11 |
| Account No. **Various**<br><br>**M.C. Pest Control**<br>**2806 Sophia Ave.**<br>**Edinburg, TX 78539** | - | | | | | | | 1,124.75 |
| Account No. **Various**<br><br>**Magic Valley Electric Co**<br>**PO Box 267**<br>**Mercedes   78570** | - | | | Please see Exhibit "U" | | | | 2,634.11 |
| Account No.<br><br>**Manuel Angel Chavez Gandara**<br>**3103 Lauren Oaks Lane**<br>**Humble, TX 77396** | - | | | Homeowners Association | | | | 224.62 |

Sheet no. __**23**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,098.48**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Landmark Valley Homes, Inc.**                                              ,          Case No. _____
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Cancellation 10/28/09 Please see Exhibit "S" | | | | |
| **Manuel Chavez** **2701 Paredes Ln Rd. Apt#178** **Brownsville, TX 78526** | - | | | | X | | X | |
| | | | | | | | | 500.00 |
| Account No. | | | | | | | | |
| **Manuel Perez** **1217 E. Monroe** **Harlingen, TX 78550** | - | | | | | | | |
| | | | | | | | | 3,560.00 |
| Account No. | | | | Referral Promo 8/26/09 Please see Exhibit "S" | | | | |
| **Manuel Solorrano** **1005 Orange High** **PO Box 3263** **Harlingen, TX 78550** | - | | | | | | | |
| | | | | | | | | 2,500.00 |
| Account No. | | | | Cancellation 9/28/09 Please see Exhibit "S" | | | | |
| **Marcos Rosas** **8247 Moffet Dr** **Corpus Christi, TX 78412** | - | | | | X | | X | |
| | | | | | | | | 1,000.00 |
| Account No. | | | | Homeowners Association | | | | |
| **Maria Gricelda Soriano** **3126 Trinity Joe Lane** **Humble, TX 77396** | - | | | | | | | |
| | | | | | | | | 249.90 |

Sheet no. __24__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     7,809.90

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Landmark Valley Homes, Inc.**                                    ,        Case No. _____
                                                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Homeowners Association** | | | | |
| **Maria T. Gomez** **3135 Lauren Oaks Lane** **Humble, TX 77396** | - | | | | | | 142.04 |
| Account No. **employee** | | | | | | | |
| **Maricela Gonzalez** **2206 E. 25th** **Mission, TX 78574** | - | | | | | | 92.89 |
| Account No. | | | **Cancellation-9/15/09** | | | | |
| **Mario Ocana** **2801 S. Brahma Blvd Apt.#40** **Kingsville, TX 78363** | - | | | X | | X | 1,000.00 |
| Account No. **employee** | | | | | | | |
| **Marissa E. Rios** **1500 Marble Street** **Penitas, TX 78576** | - | | | | | | 55.00 |
| Account No. | | | | | | | |
| **Martini Brick Sales, Inc.** **3749 Apollo Rd.** **Corpus Christi, TX 78413** | - | | | | | | 4,915.11 |

Sheet no. __25__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                6,205.04

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Landmark Valley Homes, Inc.** _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Mary Estrada** 3002 Santa Sofia Corpus Christi, TX 78415 | | - | | | | | | 161.54 |
| Account No. **Masco Builder Cabinet Group** Lock Box 842520-5th Floor 1401 Elm St. Dallas, TX 75205 | | - | | | | | | 4,744.16 |
| Account No. **Various** **McAllen Public Utilities** 1300 W. Houston McAllen, TX 78505 | | - | | Please see Exhibit "U" | | | | 269.47 |
| Account No. **Various** **McCoy's Building Supply** 1200 I.H. 35 North PO Box 1362 San Marcos, TX 78667 | | - | | | | | | 31,527.85 |
| Account No. **Mercedes A. Alvarez** 3122 Trinity Joe Lane Humble, TX 77396 | | - | | Homeowners Association | | | | 150.82 |

Sheet no. __26__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **36,853.84**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Landmark Valley Homes, Inc.**                                    ,        Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Various**<br><br>**MG Building Materials, LT**<br>**2651 S.W. Military Dr.**<br>**San Antonio, TX 78224** | - | | lumber supplier | | | | 23,666.85 |
| Account No. **employee**<br><br>**Moises Bartnicki**<br>**6676 Pine Creek**<br>**Brownsville, TX 78526** | - | | | | | | 15.00 |
| Account No.<br><br>**Mountain Glacier, LLC**<br>**709 Oak Hill Rd.**<br>**Evansville, IN 47711** | - | | | | | | 457.77 |
| Account No.<br><br>**National Mail-It, Inc.**<br>**PO Box 19630**<br>**Shreveport, LA 71149** | - | | | | | | 5,431.46 |
| Account No. **Various**<br><br>**North Alamo Water Supply**<br>**420 S. Doolittle Rd.**<br>**Edinburg, TX 78539** | - | | Please see Exhibit "U" | | | | 430.78 |

Sheet no. __27__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

30,001.86

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Landmark Valley Homes, Inc.**                                      ,          Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Homeowners Association | | | | |
| Novallie Mire White 3107 Trinity Joe Lane Humble, TX 77396 | - | | | | | | 279.44 |
| Account No. | | | | | | | |
| Office Depot Credit Plan PO Box 9020 Dept. 56-8204159057 Des Moines, IA 50368-9020 | - | | | | | | 703.74 |
| Account No. | | | gutters | | | | |
| Oscar Gonzalez 8206 Cienna Dr. Houston, TX 77040 | - | | | | | | 720.00 |
| Account No. | | | Electrical subcontractor | | | | |
| Oscar Lopez 5773 Paso Real Dr. Brownsville, TX 78521 | - | | | | | | 1,519.50 |
| Account No. xxxxx0710 | | | Water | | | | |
| Ozarka PO Box 856680 Louisville, KY 40285-6680 | - | | | | | | 362.00 |

Sheet no. __28__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,584.68

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Landmark Valley Homes, Inc.**                                  ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. | | | | | | cabinet supplier | | | | |
| **Parrish Cabinet Distribution** **400 E. Expressway 83** **La Feria, TX 78559** | - | | | | | | | | | 3,791.90 |
| Account No. | | | | | | Homeowners Associaiton | | | | |
| **Pedro Hernandez Morales** **17554 Emily Springs Court** **Humble, TX 77396** | - | | | | | | | | | 279.44 |
| Account No. | | | | | | foundation subcontractor | | | | |
| **Pedro Trevino** **417 E. Lincoln** **Harlingen, TX 78550** | - | | | | | | | | | 250.00 |
| Account No. **xxxx3032** | | | | | | Postage | | | | |
| **Pitney Bowes Global Financial Service** **PO Box 856460** **Louisville, KY 40285-6460** | - | | | | | | | | | 153.36 |
| Account No. **xxxx3032** | | | | | | Postage | | | | |
| **Pitney Bowes Postage by Phone** **PO Box 856042** **Louisville, KY 40285-6042** | - | | | | | | | | | 227.18 |

Sheet no. __29__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          4,701.88

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Landmark Valley Homes, Inc.** _____,      Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Pitney Bowes, Inc.** <br> **PO Box 856390** <br> **Louisville, KY 40285-6390** | | - | | | | | 64.39 |
| Account No. **Various** <br><br> **Primera Waterworks** <br> **22893 Stuart Place Rd.** <br> **Harlingen, TX 78552** | | - | Please see Exhibit "U" | | | | 708.58 |
| Account No. <br><br> **Principal Management Group of Houston** <br> **Attn: Ann Osuna** <br> **11000 Corporate Centre Dr. #150** <br> **Houston, TX 77041** | | - | | | | | 1.00 |
| Account No. **xxx7951** <br><br> **Prudencio Briones** <br> **1233 Jonnell St.** <br> **Corpus Christi, TX 78418** | | - | roofing subcontractor | | | | 506.60 |
| Account No. **xxx8100** <br><br> **Quill Corporation** <br> **PO Box 37600** <br> **Philadelphia, PA 19101-0600** | | - | | | | | 64.73 |

Sheet no. __30__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,345.30

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Landmark Valley Homes, Inc.**                                              ,   Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | bricklayer subcontractor | | | | |
| **Rafael Angel Gamez 5100 Tlmon Boulevard Corpus Christi, TX 78402** | | - | | | | | | 3,178.00 |
| Account No. | | | | garage door supplier | | | | |
| **Randolph Door & Lighting 6767 Weber Rd. Corpus Christi, TX 78413** | | - | | | | | | 1,170.00 |
| Account No. **Various** | | | | interior Cleaners | | | | |
| **Reliable Cleaning Service 11015 Hunting Path CT Houston, TX 77065** | | - | | | | | | 240.00 |
| Account No. **Various** | | | | Please see Exhibit "U". | | | | |
| **Reliant Energy PO Box 650475 Dallas, TX 75265-0475** | | - | | | | | | 16,192.43 |
| Account No. | | | | | | | | |
| **Robert McCreight 515 E. King Kingsville, TX 78363** | | - | | | | | | 350.00 |

Sheet no. __31__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,130.43

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Landmark Valley Homes, Inc.**                                    , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Roberto Sanchez**<br>**3118 Trinity Joe Lane**<br>**Humble, TX 77396** | | - | | | **Homeowners Association** | | | | **166.62** |
| Account No.<br><br>**Roel Concrete, LLC**<br>**501 S. Port**<br>**Corpus Christi, TX 78405** | | - | | | **foundation subcontractor** | | | | **7,430.40** |
| Account No.<br><br>**Rollins Fence Company**<br>**PO Box 6829**<br>**Corpus Christi, TX 78466** | | - | | | **fence subcontractor** | | | | **1,208.00** |
| Account No.<br><br>**Ruben Rivera**<br>**1901 W. Douglas Apt. 1**<br>**Pharr, TX 78577** | | - | | | **Cancellation** | X | | X | **500.00** |
| Account No.<br><br>**Rudi Carmenza Lanza Martinez**<br>**3119 Trinity Joe Lane**<br>**Humble, TX 77396** | | - | | | **Homeowners Association** | | | | **80.50** |

Sheet no. __**32**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,385.52**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Landmark Valley Homes, Inc.**  ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Sam's Club Discover PO Box 960016 Orlando, FL 32896 | - | | | | | | | 7,456.07 |
| Account No. | | | | | | | | |
| Sarma 1801 Broadway San Antonio, TX 78215 | - | | | | | | | 854.01 |
| Account No. | | | | | | | | |
| Sears Commercial One 4740 121st St. Urbandale, IA 50323 | - | | | | | | | 14,274.03 |
| Account No. | | | | Notice only | | | | |
| SEC Headquarters Securities & Exchange Commission 100 F Street, NE: Station Place One (1) STOP 9010: Attn: Michael Berman Washington, DC 20549 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Security Depot 2212 S. Intl. Blvd. Weslaco, TX 78596 | - | | | | | | | 1,375.02 |

Sheet no. __33__ of __38__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **23,959.13**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Landmark Valley Homes, Inc.**                                                    ,          Case No. _____
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | Portoco | | | | | |
| Skid-O-Kan Company 622 McBride Corpus Christi, TX 78408 | - | | | | | | | 1,520.64 |
| Account No. | | | | | | | | |
| Smartcom Internet PO Box 3097 McAllen, TX 78502-3097 | - | | | | | | | 326.14 |
| Account No. | | | grading subcontractor | | | | | |
| South Texas Mowers 9219 Tepee Trail Houston, TX 77064 | - | | | | | | | 2,149.84 |
| Account No. **Various** | | | Please see Exhibit "U" | | | | | |
| Sprint PO Box 660075 Dallas, TX 75266-0075 | - | | | | | | | 3,090.20 |
| Account No. **Various** | | | fill dirt supplier | | | | | |
| Sprint Sand & Clay 1041 Conrad Sauer Dr. Houston, TX 77043 | - | | | | | | | 225.00 |

Sheet no. **_34_** of **_38_** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                 **7,311.82**

B6F (Official Form 6F) (12/07) - Cont.

In re __**Landmark Valley Homes, Inc.**_____,       Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | garage door supplier | | | | |
| Stewart Door LTD 17030 W. Little York Houston, TX 77084 | | - | | | | | 205.00 |
| Account No. | | | brick supplier | | | | |
| Tecno Industries 1010 South 25th Edinburg, TX 78539 | | - | | | | | 2,129.98 |
| Account No. | | | Notice only | | | | |
| Texas Comptroller of Public Accounts Revenue Accounting Division- Bankruptcy P.O. Box 13528 Austin, TX 78711-3528 | | - | | | | | 0.00 |
| Account No. | | | Portoco | | | | |
| Texas Outhouse, Inc. 5207 Kiam St. Houston, TX 77007 | | - | | | | | 197.02 |
| Account No. | | | Notice only | | | | |
| Texas Workforce Commission TWC Building Austin, TX 78778 | | - | | | | | 0.00 |
| Sheet no. __35__ of __38__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Subtotal (Total of this page) | | | | 2,532.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Landmark Valley Homes, Inc.**                                     ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **The Affordable Attic II** **1001 North Ware Rd.** **McAllen, TX 78501** | - | | | | | | | 72.00 |
| Account No. **Various** | | | | Please see Exhibit "U". | | | | |
| **Town of Combes** **PO Box 280** **Combes, TX 78535** | - | | | | | | | 655.81 |
| Account No. | | | | | | | | |
| **Travelers Indemnity and Affiliates** **CL Remittance Center** **Hartford, CT 06183-1008** | - | | | | | | | 1,573.90 |
| Account No. | | | | Notice only | | | | |
| **United States Attorney** **Bank One** **910 Travis, Suite 1500** **Houston, TX 77002** | - | | | | | | | 0.00 |
| Account No. | | | | lumber supplier | | | | |
| **Universal Forest Products** **146B FM 2793** **New Waverly, TX 77358** | - | | | | | | | 3,971.01 |

Sheet no. __**36**__ of __**38**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,272.72

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Landmark Valley Homes, Inc.**                                   ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **UPS** **PO Box 7247-0244** **Philadelphia, PA 19170-0001** | - | | | | | | 171.46 |
| Account No. | | | Customer Rebates | | | | |
| **Valencia H. Lemon** **3131 Lauren Oaks Lane** **Humble, TX 77396** | - | | | | | | 159.08 |
| Account No. | | | Homeowners Association | | | | |
| **Valeriana Morales** **3215 Lauren Oaks Lane** **Humble, TX 77396** | - | | | | | | 142.02 |
| Account No. | | | Advertising | | | | |
| **Valley Town Crier** **1811 North 23rd Street** **Mcallen, TX 78501** | - | | | | | | 2,027.42 |
| Account No. | | | | | | | |
| **Verizon** **PO Box 920041** **Dallas, TX 75392-0041** | - | | | | | | 89.56 |

Sheet no. __37__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **2,589.54**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Landmark Valley Homes, Inc.** ,  Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xx00-01**<br><br>Verizonwireless<br>PO Box 660108<br>Dallas, TX 75266-0108 | | - | | cell phone services | | | | 428.78 |
| Account No.<br><br>Villarreal Plumbing-CC<br>PO Box 2964<br>Mission, TX 78573 | | - | | | | | | 12,153.45 |
| Account No. **Various**<br><br>Waste Management<br>1701 S. Cage Blvd.<br>Pharr, TX 78577 | | - | | Please see Exhibit "U" | | | | 440.51 |
| Account No.<br><br>Yvette Hernandez Garza<br>3006 Regal Way<br>San Benito, TX 78586 | | - | | | | | | 50.00 |
| Account No.<br><br>Zarsky Lumber Co., Inc.<br>700 S. Bicentennial Blvd.<br>McAllen, TX 78505-0248 | | - | | | | | | 24,670.73 |

Sheet no. __38__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | 37,743.47 |
| Total<br>(Report on Summary of Schedules) | 1,440,168.85 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re __**Landmark Valley Homes, Inc.**_____,        Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Please see Exhibit "T".** | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

.

In re   **Landmark Valley Homes, Inc.**                                                                              ,          Case No. _____

                                                                        Debtor

# SCHEDULE H - CODEBTORS

      Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Adriana Petrides**<br>**7801 N. 5th Street**<br>**McAllen, TX 78504** | **Inter National Bank**<br>**1801 South 2nd Street**<br>**Mcallen, TX 78505** |
| **James W. Bennett**<br>**3324 Kent Lane**<br>**McAllen, TX 78503** | **Inter National Bank**<br>**1801 South 2nd Street**<br>**Mcallen, TX 78505** |
| **James W. Bennett**<br>**3324 Kent Lane**<br>**McAllen, TX 78503** | **Wells Fargo Financial Leasing**<br>**PO Box 6434**<br>**Carol Stream, IL 60197-6434** |
| **James W. Bennett**<br>**3324 Kent Lane**<br>**McAllen, TX 78503** | **Wachovia**<br>**Commercial Loan Services**<br>**PO Box 740502**<br>**Atlanta, GA 30374-0502** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Texas

In re   **Landmark Valley Homes, Inc.** _____   Case No. _____
                                        Debtor(s)              Chapter   **11** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**58**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **January 4, 2010** _____   Signature **/s/ James W. Bennett** _____
                                                     **James W. Bennett**
                                                     **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Southern District of Texas

In re   **Landmark Valley Homes, Inc.**                                      Case No. _____

                                        Debtor(s)        Chapter        **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$2,146,880.00** | **2009** |
| **$10,258,378.00** | **2008** |
| **$17,362,410.00** | **2007** |

**2. Income other than from employment or operation of business**

None ■ State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

**3. Payments to creditors**

None ■ *Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None □ b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| See Schedule: "SOFA-3.b." | | $559,312.36 | $0.00 |

None ■ c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None □ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| See Schedule: "SOFA-4.a." | | | |

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None
☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |
| **See Schedule: SOFA: 8** | | |

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Kurt Stephen 100 South Bicentennial Mcallen, TX 78501** | **12/3/2009** | **$600.00-Consulation Fee** |

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Kurt Stephen**<br>**100 South Bicentennial**<br>**Mcallen, TX 78501** | **12/28/2009- James W. Bennett** | **$50,000-Retainer** |

### 10. Other transfers

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None ☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **Inter National Bank**<br>**1801 South 2nd Street**<br>**Mcallen, TX 78505** | **Cynthia Olin**<br>**Basalisa Nayola**<br>**Maricela Gonzalez** | **Daily back-up tapes,**<br>**software disks** | |

### 13. Setoffs

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Landmark Valley Homes, Inc.** | 47-0929812 | **100 Savannah Ave., Ste. 540 McAllen, TX 78503-2945** | **Real Estate Business/Home Construction** | **9/5/2003-Present** |

None


b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Maricela Gonzalez 2206 E. 25th Mission, TX 78574** | **11/6/2003-present** |
| **Cynthia Olivo 1408 W Quail McAllen, TX 78504** | **3/8/2004-9/4/2009** |
| **Norma Rosales 7902 N. 19th Lane McAllen, TX 78504** | **11/1/2004-8/18/2006** |
| **Nelly Trevino PO Box 1321 Donna, TX 78537** | **1/16/2006-4/19/2007** |
| **Basalisa Noyola PO Box 292 Raymondville, TX 78580** | **9/4/2006-present** |

None ☐   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|
| **Evans & Chastain, LLP** | **10700 Richmond Ave., Suite 101**<br>**Houston, TX 77042-4950** | **2006, 2007, 2008** |

None ■   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None ☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| **Inter National Bank**<br>**PO Box 1700**<br>**1801 South 2nd Street**<br>**Mcallen, TX 78505-1700** | **2006, 2007, 2008 & 2009** |
| **Wachovia Bank**<br>**Williams Tower**<br>**2800 Post Oak, Suite 3500**<br>**Houston, TX 77056** | **2006, 2007, 2008 & 2009** |

**20. Inventories**

None ☐   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|-------------------|----------------------|---------------------------------|
| **See Schedule: SOFA: 20** | | |

None ☐   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|
| **See Schedule: SOFA: 20** | **Landmark Valley Homes, Inc.**<br>**100 Savannah, Suite 540**<br>**McAllen, TX 78503** |

**21 . Current Partners, Officers, Directors and Shareholders**

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|-----------------------|

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|------------------|-------|---------------------------------------------|
| **James W. Bennett**<br>**3324 Kent Lane**<br>**McAllen, TX 78502** | **President & Director** | **40%** |

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Adriana Petrides**<br>**7801 N. 5th Street**<br>**McAllen, TX 78504** | **Exec. VP Finance & Director** | **20%** |
| **Jorge Gutierrez**<br>**2213 Red River**<br>**Mission, TX 78572** | **Exec. VP Marketing & Director** | **15%** |
| **John Guidot**<br>**31 Pendleton Park Point**<br>**Spring, TX 77382** | **NOT an officer or director** | **Disputed shareholder interest-15%** |

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
☐    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **John M. Guidot**<br>**31 Pendelton Park Point**<br>**Spring, TX 77382** | **Exec. VP Construction** | **6/22/2008** |

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **See Schedule: SOFA-23** | | |

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
☐    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **Landmark Valley Homes, Inc. 401K** | **132350** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **January  4, 2010**                    Signature    **/s/ James W. Bennett**
                                                            **James W. Bennett**
                                                            **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Southern District of Texas

In re   **Landmark Valley Homes, Inc.** _____    Case No. _____
                                                    Debtor(s)         Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | *50,000.00 |
| Prior to the filing of this statement I have received | $ | **50,000** |
| Balance Due* | $ | **\*0.00** |

2. $  **0.00**  of the filing fee has been paid.                              *$50,000 retainer

3. The source of the compensation paid to me was:

   ☐ Debtor      ☒ Other (specify):      James W. Bennett

4. The source of compensation to be paid to me is:

   ☐ Debtor      ☒ Other (specify):      James W. Bennett

5. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   **Negotiations with secured creditors; preparation and filing of applications as needed; preparation and filing of routine motions, preparation of Plan.**

   **\* covers 166.67 hours at $300/hr.; additional retainer required when retainer exhausted.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

   **Representation of the non debtor insiders; not include any litigation or any adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **January 4, 2010** _____            _____

                                                         **Kurt Stephen**
                                                         **Cardenas Whitis & Stephen, LLP**
                                                         **100 S. Bicentennial**
                                                         **McAllen, TX 78501-7050**
                                                         **956-631-3381**

---

# United States Bankruptcy Court
## Southern District of Texas

In re   **Landmark Valley Homes, Inc.** _____ ,        Case No. _____

                                        Debtor

                                                                    Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Adriana Petrides**<br>**7801 N. 5th Street**<br>**McAllen, TX 78504** | **20%** | | **Common** |
| **Adriana Rodriguez**<br>**2802 Melanie Dr.**<br>**Pharr, TX 78577** | **.002%** | | **Common** |
| **Alejandro Barrera**<br>**5027 Park Canyon Ln**<br>**Katy, TX 77494** | **.002%** | | **Common** |
| **Armando Nava**<br>**3608 La Vista Ave.**<br>**McAllen, TX 78501** | **1%** | | **Common** |
| **Arnoldo Gutierrez**<br>**Rt. 7 Box 205-T**<br>**Mission, TX 78572** | **.002%** | | **Common** |
| **Brenda Tijerina**<br>**403 W. Bronte Ave**<br>**Pharr, TX 78577** | **.002%** | | **Common** |
| **Cynthia Olivo**<br>**1408 W. Quail**<br>**McAllen, TX 78504** | **.002%** | | **Common** |
| **Cynthia Saenz**<br>**1312 N Uvalde St**<br>**Mission, TX 78573** | **.002%** | | **Common** |
| **Hermes Segura**<br>**416 S. 32nd Street**<br>**Hidalgo, TX 78557** | **.002%** | | **Common** |
| **James W. Bennett**<br>**3324 Kent Lane**<br>**McAllen, TX 78503** | **40%** | | **Common** |
| **John Guidot**<br>**31 Pendelton Park Point**<br>**Spring, TX 77382** | **15%-DISPUTED** | | **Common** |

___**1**___ continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

In re    **Landmark Valley Homes, Inc.**                  ,      Case No. _____

                                     Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jorge Gutierrez**<br>**2213 Red River**<br>**Mission, TX 78574** | **15%** | | **Common** |
| **Luis Segura**<br>**417 South 32nd Street**<br>**Hidalgo, TX 78557** | **.002%** | | **Common** |
| **Maricela Gonzalez**<br>**2206 E. 25th**<br>**Mission, TX 78574** | **1%** | | **Common** |
| **Marisol Ruiz**<br>**801 S Jay Dr**<br>**Mission, TX 78573** | **.002%** | | **Common** |
| **Marissa E. Rios**<br>**1500 Marble Street**<br>**Penitas, TX 78576** | **.002%** | | **Common** |
| **Mary Estrada**<br>**3002 Santa Sofia**<br>**Corpus Christi, TX 78415** | **1%** | | **Common** |
| **Moises Bartnicki**<br>**6676 Pine Creek**<br>**Brownsville, TX 78526** | **.002%** | | **Common** |
| **Patricia Mendez** | **.002%** | | **Common** |
| **Ramon Vasquez**<br>**116 Ciro Dr.**<br>**San Juan, TX 78589** | **2%** | | **Common** |
| **Ricardo Ochoa**<br>**417 Greenbriar**<br>**Mission, TX 78572** | **.002%** | | **Common** |
| **Sonia Bartinicki**<br>**6676 Pine Creek**<br>**Brownsville, TX 78526** | **.002%** | | **Common** |
| **Suhey Rios**<br>**420 W. 13th St.**<br>**San Juan, TX 78589** | **.002%** | | **Common** |

Sheet   **1**   of   **1**   continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Landmark Valley Homes, Inc.**                                        ,    Case No. _____
                                                    Debtor


# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date____**January  4, 2010**_____    Signature__**/s/ James W. Bennett**_____
                                                            **James W. Bennett**
                                                            **President**


*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

# United States Bankruptcy Court
## Southern District of Texas

In re   **Landmark Valley Homes, Inc.**

Debtor(s)

Case No. _____

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **January  4, 2010**

**/s/ James W. Bennett**

**James W. Bennett/President**
Signer/Title

A Clean Portoco
PO Box 531607
Harlingen, TX 78553


Abe-A/C & Refrigeration, LLC
5820 N. Cage Ste. 22
Pharr, TX 78577


AC Distr. DBA Advantage Air Con
PO Box 7009
Corpus Christi, TX 78467


Acme Brick
151 Heinsohn Rd.
Corpus Christi, TX 78406


Acme Brick Company
5020 Acorn
Houston, TX 77092


Adriana Petrides
7801 N. 5th Street
McAllen, TX 78504


Adriana Rodriguez
2802 Melanie Dr.
Pharr, TX 78577


AICCO, Inc.
45 East River Park Place, West, Ste. 208
Fresno, CA 93720

All Tune & Lube
1601 E. Price Rd.
Brownsville, TX 78520


Allied Waste Services#863
9402 W. Expressway 83
Harlingen, TX 78552


AllStar Office Solutions, LLC
PO Box 129
Santa Rosa, TX 78593


Amer Sign
3416 Paula Ave.
McAllen, TX 78503


American eBuilder
119 Aster Dr. Ste. 105
Harrisburg, PA 17112


Anita Henry, RTA
Cypress-Fairbanks ISD Tax Assessor-Colle
PO Box 203908
Houston, TX 77216-3908


Aran & Mary Escamilla
2119 S. 61st Ct.
Cicero, IL 60804


Armando Barrera
Hidalgo Co. Tax Assessor & Collector
PO Box 178
Edinburg, TX 78540-0178

Armando Nava
3608 La Vista Ave.
McAllen, TX 78501


Ascensus
PO Box 36472
Newark, NJ 07188-6472


Asencio Rodriguez Martinezio
3202 Trinity Joe Lane
Humble, TX 77396


Assistant US Trustee
Wilson Plaza North
606 Carancahua Street
Corpus Christi, TX 78475


AT&T
PO Box 650661
Dallas, TX 75265-0661


Bernardino Cavazos
4246 Archdale
Corpus Christi, TX 78416


Best Bandit Signs
16311 Hexham Drive
Spring, TX 77379


Bolt Security Company
107 N. 10th Ave.
Edinburg, TX 78541

Brenwood Park Village Community Ass
11000 Corporate Center Dr., Ste. 150
Houston, TX 77041


Brownsville Public Utilities Board
PO Box 3270
Brownsville, TX 78523-3270


Bryant & Stingley, Inc.
PO Box 3420
Harlingen, TX 78551-3420


Builders Mechanical, Inc.
11143 Spring Cypress Rd.
Tomball, TX 77375


C & C Plumbing
3710 South Shore Dr.
Rosharon, TX 77583


Cable Designs, Inc.
7017 Glasgow
Corpus Christi, TX 78413


Callie Michelle Brown
3142 Gianna Springs Court
Humble, TX 77396


Cameron County
Tony Yzaguirre Tax Assessor Collector
PO Box 952
Brownsville, TX 78522-0952

Camille H. Wojtowicz
3103 Trinity Joe Lane
Humble, TX 77396


Cecil Anthony Wiltshire
3114 Trinity Joe Lane
Humble, TX 77396


CenterPoint Energy
PO Box 4981
Houston, TX 77210-4981


Century Marketing, Inc.
5001 College Blvd., Suite 108
Leawood, KS 66211


Cervantes Electric
5521 Crestwick Dr.
Corpus Christi, TX 78413


Chakery Design, LLC
PO Box 542341
Grand Prairie, TX 75054-2341


Chase Auto Finance
PO Box 901065
Fort Worth, TX 76101-2065


Christina M. Putman
Seyfarth, Shaw, LLP
700 Louisiana Street, Suite 3700
Houston, TX 77002

City of Corpus Christi
PO Box 9097
Corpus Christi, TX 78469


City of Edinburg
PO Box 1169
Edinburg, TX 78540


City of Edinburg Tax Office
PO Box 1169
Edinburg, TX 78540


City of McAllen Tax Office
Martha Guel, CTA
PO Box 220-311 North 15th
Mcallen, TX 78505-0220


City of Mission
1201 E. 8th Street
Mission, TX 78572


City of San Benito
401 N. Sam Houston Blvd.
San Benito, TX 78586


City of Weslaco
255 S. Kansas
Weslaco, TX 78596


CMC Steel Fabricators, Inc
PO Box 532128
Harlingen, TX 78553

Coastal Trailer Trash Acct 110
622 McBride Lane
Corpus Christi, TX 78408


Cokinos Bosien & Young
Four Houston Center
1221 Lamar St., 16th Floor
Houston, TX 77010


Comcast
PO Box 660618
Dallas, TX 75266


Construction Specialties
1952 S. Price Rd.
Brownsville, TX 78521


Copy Plus, Inc.
4500 N. 10th St., Ste. 240
McAllen, TX 78504


Core Business Solutions
1301 E. Jasmine
McAllen, TX 78501


Cornelio Armando Amparan Pena
3102 Trinity Joe Lane
Humble, TX 77396


CPL Retail Energy
PO Box 22136
Tulsa, OK 74121-2136

Creative Scapes Landscaping
PO Box 6194
Katy, TX 77491


Cricket
PO Box 660021
Dallas, TX 75266-0021


CS Drywall Construction
2082 FM 665
Corpus Christi, TX 78415


Cypress-Fairbanks ISD
Attn: Anita Henry
10494 Jones Rd, #106
Houston, TX 77065


David Roberto Garza
632 Ricardo Ave
Mission, TX 78572


De Lage Landen Financial
1111 Old Eagle School Rd.
Wayne, PA 19087


Del Valle Trucking
1611 Houston St.
Donna, TX 78537


Diania Lynn Houston
3115 Trinity Joe Lane
Humble, TX 77396

Dr. Cool Aid, Inc.
5240 Larcade Dr.
Corpus Christi, TX 78415


Dyer& Associates Law Firm
3700 North Tenth St., Suite 105
McAllen, TX 78501


Eagle Ready Mix Concrete
3600 N Chemical Rd.
Brownsville, TX 78521


El Alamo Concrete
7205 N La Homa Rd.
Mission, TX 78574


Elda R. Ramos
17314 Blackstone Trails Dr.
Humble, TX 77396


Elijah Sanchez
4438 Sunlight
Corpus Christi, TX 78413


Enoe Ortiz
9595 Sutter Park Lane
Houston, TX 77086


Enrique Ruiz
6809 Caroline Road
Corpus Christi, TX 78409

Eric L. Davis Engineering
425 Pinson Road Suite G
Forney, TX 75126


Esdras N. Osorio
110 Saddlecreek Farms Drive
Crosby, TX 77532


Esquire-Cokinos Bosien Young
PO Box 934157
Atlanta, GA 31193-4157


Eulogio Gutierrez Merino
17634 Kayla Springs Lane
Humble, TX 77396


Evans & Chastain, LLP
10700 Richmond Ave., Ste. 101
Houston, TX 77042-4950


Felipe Banuelos
PO Box 1359
Mission, TX 78574


Felipe de Jesus Almanza Solorz
3111 Trinity Joe Lane
Humble, TX 77396


Fernand Espindo
3206 Trinity Joe Lane
Humble, TX 77396

Fernando Rivera
3105 Santa Ana Street
Corpus Christi, TX 78415


First Insurance Funding Corp.
8075 Innovation Way
Chicago, IL 60682


Flooring Systems, Inc.
15625 Vickery Dr., Ste. 100
Houston, TX 77032


Ford Motor Credit
PO Box 790119
Saint Louis, MO 63179-0119


Fort Dearborn Life Insurance Company
36788 Eagle Way
Chicago, IL 60678-1367


Frank Castaneda
2116 Grambling
McAllen, TX 78504


G&M Cleaning
2629 Quebec Dr.
Corpus Christi, TX 78414


G&P Contractors, Inc.
1315 Rick Lane
Buda, TX 78610-9561

Galan Brothers Construction
25648 N. Kansas City Rd.
La Feria, TX 78559


Glendi Y. Flores
406 S. 29th St.
Hidalgo, TX 78557


Gloria Garza
316 S. Monmack
Edinburg, TX 78539


Gloria Jaimes Maldonado
3190 Gianna Springs Court
Humble, TX 77396


GMAC Automotive Financing
PO Box 380901
Minneapolis, MN 55438


Graciela Corona Ochoa
3110 Trinity Joe Lane
Humble, TX 77396


Guadalupe Ramirez
3129 Sarita
Corpus Christi, TX 78416


Harlingen Tax Office
PO Box 2643
Harlingen, TX 78551-2643

Harris County MUD No. 127
Kenneth R. Byrd-Tax Assessor-Collector
PO Box 73109
Houston, TX 77273-3109


Harris County MUD No. 278
PO Box 1368
Friendswood, TX 77549-1368


Hector Meza
9425 Kentshire
Houston, TX 77078


Henry Crities
21509 Rusty Lane
Harlingen, TX 78552


High Tech Carpet of Texas
PO Box 73
San Juan, TX 78589


Hilb, Rogal & Hamilton Co
PO Drawer 3785
McAllen, TX 78502-3785


Hill & Romero
10225 N. 10th Street, Suite B
McAllen, TX 78504


House of Power Electric
4260 Clark Rd.
Houston, TX 77040

Houston Post-Tension, Inc.
7015 San Antonio Rd.
Houston, TX 77040


Humble ISD
Janice P. Himpele
PO Box 4020
Houston, TX 77210


INB Properties, Inc.
1801 S. 2nd St.
McAllen, TX 78503


Inter National Bank
1801 South 2nd Street
Mcallen, TX 78505


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114


International Publicity
300 W. Dallas Ave.
McAllen, TX 78501


Ismael De Leon
14026 Stoneshire St.
Houston, TX 77060


Jackie Clay Duvall
3127 Lauren Oaks Lane
Humble, TX 77396

Jaime Ruiz Garcia
3207 Alan Thai Lane
Humble, TX 77396


James W. Bennett
3324 Kent Lane
McAllen, TX 78503


Jerry P. Alt
Finley, Alt, Smith, Scharnberg, Craig, H
699 Walnut Street
1900 Hub Tower
Des Moines, IA 50309-3954


Jesus J. Garcia
6904 Escondido
Edinburg, TX 78541


JJJ Services
PO Box 1051
Mission, TX 78574


Jorge Garcia/Sherwin Williams
410 Goody St.
San Benito, TX 78586


Jose Del Val
710 Monica Ave.
Pharr, TX 78577


Jose Manuel Perez Esparza
17414 Hayley Springs Court
Humble, TX 77396

Jose Rodriguez
13703 Reeveston Rd.
Houston, TX 77039


Juan C. Alvarez
2936 C.R. 14C
Bishop, TX 78343


Just Energy
PO Box 650518
Dallas, TX 75265-0518


Karl Alan Smith
3214 Hayden Springs Court
Humble, TX 77396


Landmark Valley Homes, Inc. 401 K
100 Savannah, Suite 540
McAllen, TX 78503


Landtitle USA
PO Drawer 839
Edinburg, TX 78540-0839


Laura Lee Ortiz
812 N. Cross Ln Apt.#3
Edinburg, TX 78541


Law Offices of David A. Ewers
323 Nolana
McAllen, TX 78504

Lawns Unlimited
PO Box 60494
Corpus Christi, TX 78466


LDCS
Attn: Frank Garcia
4201 Santa Olivia
Mission, TX 78572


Leo Vasquez- Tax Assessor-Collector
PO Box 4622
Houston, TX 77210-4622


Leonel A. Villanueva
3106 Trinity Joe Lane
Humble, TX 77396


Lighting & Hardware Speci
1515 Mesquite Bldg. D
Houston, TX 77093


Linebarger, Goggan, Blair & Sampsom, LLP
205 South Pin Oak Avenue
Edinburg, TX 78539


Linebarger, Goggan, Blair & Sampson, LLP
PO Box 2991
Corpus Christi, TX 78403


Lowe's
PO Box 530970
Atlanta, GA 30353-0970

M.C. Pest Control
2806 Sophia Ave.
Edinburg, TX 78539


Magic Valley Electric Co
PO Box 267
Mercedes 78570


Manuel Angel Chavez Gandara
3103 Lauren Oaks Lane
Humble, TX 77396


Manuel Chavez
2701 Paredes Ln Rd. Apt#178
Brownsville, TX 78526


Manuel Perez
1217 E. Monroe
Harlingen, TX 78550


Manuel Solorrano
1005 Orange High
PO Box 3263
Harlingen, TX 78550


Marcos Rosas
8247 Moffet Dr
Corpus Christi, TX 78412


Maria Gricelda Soriano
3126 Trinity Joe Lane
Humble, TX 77396

Maria T. Gomez
3135 Lauren Oaks Lane
Humble, TX 77396


Maricela Gonzalez
2206 E. 25th
Mission, TX 78574


Mario Ocana
2801 S. Brahma Blvd Apt.#40
Kingsville, TX 78363


Marissa E. Rios
1500 Marble Street
Penitas, TX 78576


Martini Brick Sales, Inc.
3749 Apollo Rd.
Corpus Christi, TX 78413


Mary Estrada
3002 Santa Sofia
Corpus Christi, TX 78415


Masco Builder Cabinet Group
Lock Box 842520-5th Floor
1401 Elm St.
Dallas, TX 75205


McAllen Public Utilities
1300 W. Houston
McAllen, TX 78505

McCoy's Building Supply
1200 I.H. 35 North
PO Box 1362
San Marcos, TX 78667


Melissa T De La Garza, RTA
PO Box 1457
Kingsville, TX 78364-1457


Mercedes A. Alvarez
3122 Trinity Joe Lane
Humble, TX 77396


Mercedes Benz
PO Box 9001680
Louisville, KY 40290-1680


MG Building Materials, LT
2651 S.W. Military Dr.
San Antonio, TX 78224


Michael J. Daley, PLLC
1801 S. 2nd Street, Suite 370
Mcallen, TX 78503


Moises Bartnicki
6676 Pine Creek
Brownsville, TX 78526


Mountain Glacier, LLC
709 Oak Hill Rd.
Evansville, IN 47711

National Mail-It, Inc.
PO Box 19630
Shreveport, LA 71149


North Alamo Water Supply
420 S. Doolittle Rd.
Edinburg, TX 78539


Novallie Mire White
3107 Trinity Joe Lane
Humble, TX 77396


Office Depot Credit Plan
PO Box 9020
Dept. 56-8204159057
Des Moines, IA 50368-9020


Oscar Gonzalez
8206 Cienna Dr.
Houston, TX 77040


Oscar Lopez
5773 Paso Real Dr.
Brownsville, TX 78521


Ozarka
PO Box 856680
Louisville, KY 40285-6680


Parrish Cabinet Distribution
400 E. Expressway 83
La Feria, TX 78559

Pedro Hernandez Morales
17554 Emily Springs Court
Humble, TX 77396


Pedro Trevino
417 E. Lincoln
Harlingen, TX 78550


Pitney Bowes Global Financial Service
PO Box 856460
Louisville, KY 40285-6460


Pitney Bowes Postage by Phone
PO Box 856042
Louisville, KY 40285-6042


Pitney Bowes, Inc.
PO Box 856390
Louisville, KY 40285-6390


Please see Exhibit "T".


Please see Exhibit "V"


Primera Waterworks
22893 Stuart Place Rd.
Harlingen, TX 78552

Principal Management Group of Houston
Attn: Ann Osuna
11000 Corporate Centre Dr. #150
Houston, TX 77041


Prudencio Briones
1233 Jonnell St.
Corpus Christi, TX 78418


Quill Corporation
PO Box 37600
Philadelphia, PA 19101-0600


Rafael Angel Gamez
5100 TImon Boulevard
Corpus Christi, TX 78402


Ramiro R. Canales, CTA
Assessor-Collector of Taxes
PO Box 2810
Corpus Christi, TX 78403-2810


Randolph Door & Lighting
6767 Weber Rd.
Corpus Christi, TX 78413


Reliable Cleaning Service
11015 Hunting Path CT
Houston, TX 77065


Reliant Energy
PO Box 650475
Dallas, TX 75265-0475

Robert McCreight
515 E. King
Kingsville, TX 78363


Roberto Sanchez
3118 Trinity Joe Lane
Humble, TX 77396


Roel Concrete, LLC
501 S. Port
Corpus Christi, TX 78405


Rollins Fence Company
PO Box 6829
Corpus Christi, TX 78466


Ruben Rivera
1901 W. Douglas Apt. 1
Pharr, TX 78577


Rudi Carmenza Lanza Martinez
3119 Trinity Joe Lane
Humble, TX 77396


Sam's Club Discover
PO Box 960016
Orlando, FL 32896


San Benito CISD
152 E. Rowson St.
San Benito, TX 78586

Sarma
1801 Broadway
San Antonio, TX 78215


Sears Commercial One
4740 121st St.
Urbandale, IA 50323


SEC Headquarters
Securities & Exchange Commission
100 F Street, NE: Station Place One (1)
STOP 9010: Attn: Michael Berman
Washington, DC 20549


Security Depot
2212 S. Intl. Blvd.
Weslaco, TX 78596


Skid-O-Kan Company
622 McBride
Corpus Christi, TX 78408


Smartcom Internet
PO Box 3097
McAllen, TX 78502-3097


South Texas Mowers
9219 Tepee Trail
Houston, TX 77064


Sprint
PO Box 660075
Dallas, TX 75266-0075

Sprint Sand & Clay
1041 Conrad Sauer Dr.
Houston, TX 77043


Stewart Door LTD
17030 W. Little York
Houston, TX 77084


Tecno Industries
1010 South 25th
Edinburg, TX 78539


Texas Comptroller of Public Accounts
Revenue Accounting Division- Bankruptcy
P.O. Box 13528
Austin, TX 78711-3528


Texas Outhouse, Inc.
5207 Kiam St.
Houston, TX 77007


Texas Workforce Commission
TWC Building
Austin, TX 78778


The Affordable Attic II
1001 North Ware Rd.
McAllen, TX 78501


Town of Combes
PO Box 280
Combes, TX 78535

Toyota Financial Services
PO Box 5855
Carol Stream, IL 60197-5855


Travelers Indemnity and Affiliates
CL Remittance Center
Hartford, CT 06183-1008


Tygris Vendor Finance, Inc.
Dept. 1608
Denver, CO 80291-1608


United States Attorney
Bank One
910 Travis, Suite 1500
Houston, TX 77002


Universal Forest Products
146B FM 2793
New Waverly, TX 77358


UPS
PO Box 7247-0244
Philadelphia, PA 19170-0001


Valencia H. Lemon
3131 Lauren Oaks Lane
Humble, TX 77396


Valeriana Morales
3215 Lauren Oaks Lane
Humble, TX 77396

Valley Town Crier
1811 North 23rd Street
Mcallen, TX 78501


Verizon
PO Box 920041
Dallas, TX 75392-0041


Verizonwireless
PO Box 660108
Dallas, TX 75266-0108


Villarreal Plumbing-CC
PO Box 2964
Mission, TX 78573


Wachovia
Commercial Loan Services
PO Box 740502
Atlanta, GA 30374-0502


Waste Management
1701 S. Cage Blvd.
Pharr, TX 78577


Wells Fargo Financial Leasing
PO Box 6434
Carol Stream, IL 60197-6434


Yvette Hernandez Garza
3006 Regal Way
San Benito, TX 78586

Zarsky Lumber Co., Inc.
700 S. Bicentennial Blvd.
McAllen, TX 78505-0248

1/04/10  4:10PM

# United States Bankruptcy Court
## Southern District of Texas

In re   **Landmark Valley Homes, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Landmark Valley Homes, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■   None [*Check if applicable*]

**January  4, 2010**

Date

**/s/ Kurt Stephen**

**Kurt Stephen**

Signature of Attorney or Litigant

Counsel for   **Landmark Valley Homes, Inc.**

**Cardenas Whitis & Stephen, LLP**
**100 S. Bicentennial**
**McAllen, TX 78501-7050**
**956-631-3381**