

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

ENTERED
01/06/2010

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 10-70013-M-11 |
| LANDMARK VALLEY HOMES, INC. | § | |
|     DEBTOR | § | CHAPTER 11 |

### ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL OF INTER NATIONAL BANK
### AND SETTING A FURTHER HEARING

WHEREAS, IN SAID DISTRICT, came on for consideration, the Emergency Motion by Debtor for Interim Use of Cash Collateral ("Motion"), and the Court having considered said Motion and same being presented for good cause and to prevent immediate and irreparable harm to the estate. As used herein "INB" means Inter National Bank. It is therefore,

ORDERED, ADJUDGED and DECREED that Debtor's Emergency Motion for Use of Cash Collateral is hereby granted as to INB collateral only, and Debtor may use cash collateral of INB pursuant to the budget attached to the Motion on an interim basis; INB shall be granted a replacement lien on all cash collateral of INB used by Debtor to the same priority, validity and extent as pre-petition on replacement proceeds and accounts.

ORDERED, ADJUDGED and DECREED that a further hearing on use of cash collateral is hereby set for the 27th day of January, 2010, at 9 o'clock, a.m., before the United States Bankruptcy Court in McAllen, Texas, at the United States Bankruptcy Courthouse, Bentsen Tower, 1701 West Business Hwy. 83, 10th Floor, McAllen, Texas 78501.

Dated: January 6, 2010

_____
UNITED STATES BANKRUPTCY JUDGE