

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

ENTERED
01/06/2010

| IN RE: | § | |
|---|---|---|
| | § | |
| | § | |
| LANDMARK VALLEY HOMES, INC. | § | CASE NO. 10-70013-M-11 |
| | § | |
| | § | CHAPTER 11 |

ORDER TO SET HEARING AND
SETTING DEADLINE FOR FILING DISCLOSURE STATEMENT
AND PLAN OF REORGANIZATION

Debtor, LANDMARK VALLEY HOMES, INC., having filed for bankruptcy protection on January 4, 2010 under Chapter 11 of Title 11 of the United States Code, is ordered to propose and file a disclosure statement and plan of reorganization within 120 days from the date of filing as permitted by 11 U.S.C. § 1121, unless the case is a single asset real estate case, in which case the plan and disclosure statement shall be filed within 90 days from the date of this order.

Debtor shall appear at a status hearing on **May 26, 2010** at 9:00 a.m. at **United States Federal Courthouse, 1701 W. Bus. Hwy 83, McAllen, Texas** for further orders to effectuate a plan of reorganization.

Debtor shall send a copy of this order to all creditors, equity interest owners and the United States Trustee, and file a certificate of service in compliance with Bankruptcy Local Rule 1001(i) with the Bankruptcy Clerk's Office within 20 days of entry of this Order.

An extension of the deadline set in this order may be granted upon motion and for cause shown.

Failure to comply with this Order may result in the dismissal or conversion of this bankruptcy case at the above scheduled hearing pursuant to 11 U.S.C. § 1112(b)(4). Creditors, equity interest owners and the United States Trustee may appear and be heard at this hearing.

DATED: 1/6/10

RICHARD S. SCHMIDT
UNITED STATES BANKRUPTCY JUDGE